UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Fitzgerald & Crouch, P.C.
James J. Fitzpatrick, Esq.  JF/7028
649 Newark Avenue
Jersey City, New Jersey 07306
(201) 533-1100
Attorney for Debtor

Order Filed on October 19, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Judace D. Delinois
Debtor

Case No.:    18-19347

Chapter:    13

Judge:    Gambardella

ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 19, 2018**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____June 4, 2018_____ :

Property:   419 Kingsley Street, West Orange, NJ 07052

Creditor:   Bayview Loan Servicing LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____November 17, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2