UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, New Jersey 07306
By: Sarah J. Crouch, Esq. (SC 1174)
(201) 533-1100
Attorney for Debtor

Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Judace Delinois

Case No.: 18-19347

Chapter: 13

Judge: Gambardella

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     19 Kingsley Street, West Orange, New Jersey 07052

Creditor:     Bayview Loan Servicing, LLC

and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____February 17, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*