UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, New Jersey 07306
By: Sarah J. Crouch, Esq. (SC 1174)
(201) 533-1100
Attorney for Debtor

Order Filed on January 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Judace Delinois

Case No.: 18-19347
Chapter: 13
Judge: Gambardella

### ORDER RESPECTING REQUEST FOR EXTENSION
### OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 3, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:   19 Kingsley Street, West Orange, New Jersey 07052

Creditor:   Bayview Loan Servicing, LLC

and a Request for

□   Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtor_____, and for good cause shown

□   Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____February 17, 2019____.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Judace D Delinois  
    Debtor

Case No. 18-19347-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 03, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2019.  
db         +Judace D Delinois,    19 Kingsley Street,    West Orange, NJ 07052-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2019 at the address(es) listed below:

        Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        James J. Fitzpatrick     on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com,  
         nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com  
        Kevin Gordon McDonald     on behalf of Creditor    Toyota Motor Credit Corporation  
         kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Nicholas Fitzgerald     on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com  
        Nicholas V. Rogers     on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,  
         AS TRUSTEE (CWALT 2007-23CB) nj.bkecf@fedphe.com  
        Sarah J. Crouch     on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com,  
         nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 8