Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 18−19347−RG
        Chapter: 13
        Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judace D Delinois
   19 Kingsley Street
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−4157

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:    2/26/19
Time:    10:00 AM
Location:    Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Sarah J. Crouch, Debtor's Attorney,

COMMISSION OR FEES
period 12/5/2018 to 12/5/2018, fee: $1,400.00,

EXPENSES
$0.00.

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: January 28, 2019
JAN:

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-19347-RG
Judace D Delinois                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jan 28, 2019
                              Form ID: 137             Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db             +Judace D Delinois,    19 Kingsley Street,    West Orange, NJ 07052-5201
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     Phelan Hallinan & Schmieg, PC,
                 400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
517518596     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
517518599      EMA,    Po Box 6251,    Parsippany, NJ 07054-7251
517518600     +Imaging Consultants of Essex,     94 Old Short Hills Rd,    Livingston, NJ 07039-5672
517531602     +THE BANK OF NEW YORK MELLON,     c/o ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,
                 P.O. Box 17933,    San Diego, CA 92177-7921
517518602     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
517578341     +Toyota Motor Credit Corporation,     PO Box 9013,   Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 00:36:36      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 00:36:32      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517518597      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 29 2019 00:37:04
                 Bayview Financial Loan,    Attn: Bankruptcy Dept,    4425 Ponce De Leon Blvd. 5th Floor,
                 Coral Gables, FL 33146-1873
517518598      +E-mail/PDF: creditonebknotifications@resurgent.com Jan 29 2019 00:39:53      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
517637363       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 29 2019 00:41:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
517518601      +E-mail/Text: bankruptcy@onlineis.com Jan 29 2019 00:37:08      Online Collections,    Po Box 1489,
                 Winterville, NC 28590-1489
517648574      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 29 2019 00:37:04
                 THE BANK OF NEW YORK MELLON,     c/o Bayview Loan Servicing, LLC,
                 4425 Ponce De Leon Blvd., 5th Floor,    Coral Gables, FL 33146-1837
517643958      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 29 2019 00:41:47      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              James J. Fitzpatrick    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com,
               nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jan 28, 2019
                              Form ID: 137             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas  Fitzgerald    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE (CWALT 2007-23CB) nj.bkecf@fedphe.com
          Sarah J. Crouch    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com,
           nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                  TOTAL: 8

Case 18-19347-RG    Doc 46    Filed 01/30/19    Entered 01/31/19 00:44:35    Desc Imaged
Certificate of Notice    Page 3 of 3