UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

FITZGERALD & CROUCH, P.C.
649 Newark Avenue
Jersey City, NJ 07306
By: Sarah J. Crouch, Esq. (SC 1174)
Phone: 201-533-1100
Attorney for the Debtor

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JUDACE D. DELINOIS

Case No.: _____18-19347_____

Chapter: _____13_____

Judge: _____Gambardella_____

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 28, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property:     <u>19 Kingsley Court, West Orange, NJ 07052</u>

Creditor:     <u>Bayview Loan Servicing, LLC</u>

and a Request for

☒   Extension of the 90 day Loss Mitigation Period having been filed by _____<u>the Debtor</u>_____ , and for good cause shown

☐   Early Termination of the Loss Mitigation Period having been filed by _____ , and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____<u>May 17, 2019</u>_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-19347-RG
Judace D Delinois                                                         Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1          Date Rcvd: Feb 28, 2019
                    Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db              +Judace D Delinois,   19 Kingsley Street,   West Orange, NJ 07052-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
    dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
    James J. Fitzpatrick    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com,
    nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com
    Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
    kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Nicholas Fitzgerald    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com
    Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
    AS TRUSTEE (CWALT 2007-23CB) nj.bkecf@fedphe.com
    Sarah J. Crouch    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com,
    nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                       TOTAL: 8