| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Fitzgerald & Crouch, P.C.<br>James J. Fitzpatrick, Esq. (JF7028)<br>649 Newark Avenue<br>Jersey City, New Jersey 07306<br>Phone (201) 533-1100<br>Fax (201) 533-1111<br>Counsel for the Debtor | |
| In Re:<br><br>JUDACE D. DELINOIS | Case No.: 18-19347<br>Judge: Gambardella<br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

☐    CREDITOR'S MOTION or CERTIFICATION OF DEFAULT

☑    TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one):**

1.    ☐    Motion for Relief from the Automatic Stay filed

by _____, creditor,

A hearing has been scheduled for _____, at _____ m.

OR

☐    Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____ m.

☐    Certification of Default filed by _____, creditor,

I am requesting a hearing be scheduled on this matter.

OR

☑    Certification of Default filed by Standing Chapter 13 Trustee

I am requesting a hearing be scheduled on this matter.

2. I am objecting to the above for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☑ Other (**explain your answer**):
I am currently pursuing a loan modification through the loss mitigation program and I am in a trial period that concluded on June 1, 2019. All payments have been made for the trial modification and I anticipate that I will be offered a full loan modification by the lender in the coming weeks. As such, I need additional time to successfully complete the loan modification.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 6-6-19                            _Judace Delinos_
                                         Debtor's Signature

Date: _____                    _____
                                         Debtor's Signature

**NOTE:**

1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*

2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within 14 days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**

*rev.12/1/09*