James J. Fitzpatrick/JF 7028
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorney for Debtor

**Order Filed on July 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
-----------------------------------x
In Re:                              Chapter 13

                                    Case No.: 18-19347

JUDACE D. DELINOIS                  Honorable Rosemary Gambardella


Debtor



-----------------------------------x

## ORDER APPROVING LOAN MODIFICATION

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 29, 2019**

*[signature]*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor:  Judace D. Delinois
Case No. 18-19347
Caption: ORDER APPROVING LOAN MODIFICATION

---

This matter having come before the Court upon the debtors' Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement between the debtor and Bayview Loan Servicing, LLC, related to the property located at 19 Kingsley Street, West Orange, New Jersey 07052 is approved;

**ORDERED** that Bayview Loan Servicing, LLC will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order;

**ORDERED** that the Debtor will amend Schedule J and modify the Chapter 13 Plan within twenty (20) days of the entry of this order.