James J. Fitzpatrick/JF 7028
Fitzgerald & Crouch, P.C.
649 Newark Avenue
Jersey City, NJ 07306
(201)533-1100
Attorney for Debtor

**Order Filed on July 29, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

United States Bankruptcy Court
District of New Jersey
----------------------------------x
In Re:                              Chapter 13

                                    Case No.: 18-19347
JUDACE D. DELINOIS
                                    Honorable Rosemary Gambardella

Debtor


----------------------------------x

ORDER APPROVING LOAN MODIFICATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 29, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2**
Debtor: Judace D. Delinois
Case No. 18-19347
Caption: ORDER APPROVING LOAN MODIFICATION

---

This matter having come before the Court upon the debtors' Application for an Order approving a loan modification agreement, and the Court having examined the evidence presented, and for good cause shown,

**ORDERED** that the loan modification agreement between the debtor and Bayview Loan Servicing, LLC, related to the property located at 19 Kingsley Street, West Orange, New Jersey 07052 is approved;

**ORDERED** that Bayview Loan Servicing, LLC will amend its proof of claim to reflect the modified mortgage agreement and arrearage within thirty (30) days of the entry of this order;

**ORDERED** that the Debtor will amend Schedule J and modify the Chapter 13 Plan within twenty (20) days of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:  
Judace D Delinois  
    Debtor

Case No. 18-19347-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 29, 2019  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2019.  
db         +Judace D Delinois,   19 Kingsley Street,   West Orange, NJ 07052-5201

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2019 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       James J. Fitzpatrick    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com, nadiafinancial@gmail.com;jfitzpatrick@fitzgeraldcrouchlaw.com;r53165@notify.bestcase.com  
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Nicholas Fitzgerald    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com  
       Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2007-23CB) nj.bkecf@fedphe.com  
       Sarah J. Crouch    on behalf of Debtor Judace D Delinois nickfitz.law@gmail.com, nadiafinancial@gmail.com;fitzgeraldnj@stratusbk.com;sarah@fitzgeraldcrouchlaw.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                              TOTAL: 8